Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Kenneth Compass

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH COMPASS, ) | No. 8:23-cv-01068-SHK |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER AWARDING** |
| ) | **EQUAL ACCESS TO JUSTICE** |
| v. ) | **ACT ATTORNEY FEES AND** |
| ) | **COSTS** |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS and NO CENTS ($5,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR

/ / /

/ / /

/ / /

1

1 | HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of
2 | the above-referenced Stipulation.

Dated: 5/6/2024

_____
THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE